UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ALEXANDER SANTIAGO, ERIC GIDDENS, On behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiffs* | ) COLLECTIVE ACTION |
| v. | ) ) CASE NO. 3:13-cv-00426 |
| STANDARD CANDY COMPANY, INC. | ) ) JUDGE SHARP |
| *Defendant*. | ) MAGISTRATE JUDGE KNOWLES ) |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Alexander Santiago and Eric Giddens, on behalf of themselves and all others similarly situated, and Defendant Standard Candy Company have executed a comprehensive settlement agreement (the "Agreement") in this matter. The Parties now move the Court to approve the Agreement, which is attached as **Exhibit A** to the Parties' Memorandum in Support of this Motion filed simultaneously herewith. For the reasons set forth in the accompanying memorandum, this motion should be **GRANTED**. A proposed order granting this Motion has been submitted contemporaneously herewith.

Dated: May 30, 2014

Respectfully submitted,

/s/ David W. Garrison
JERRY E. MARTIN
DAVID W. GARRISON
SCOTT P. TIFT
SETH M. HYATT
**BARRETT JOHNSTON, LLC**
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

1

shyatt@barrettjohnston.com

<u>Douglas R. Pierce w/permission</u>
Douglas R. Pierce
Richard C. Lowe
Howard M. Kastrinsky
King & Ballow
315 Union Street
Nashville, TN 37201
dpierce@kingballow.com

*Counsel for Defendant*

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing *Joint Motion for Approval of Settlement Agreement* has been served on the following via the Court's CM/ECF system:

Douglas R. Pierce
Richard C. Lowe
Howard M. Kastrinsky
King & Ballow
315 Union Street
Nashville, TN 37201
dpierce@kingballow.com

on this 30th day of May, 2014

    /s/ David W. Garrison
    DAVID W. GARRISON
    BARRETT JOHNSTON, LLC