UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ALEXANDER SANTIAGO, ERIC GIDDENS, On behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiffs* | ) ) | COLLECTIVE ACTION |
| v. | ) ) | CASE NO. 3:13-cv-00426 |
| STANDARD CANDY COMPANY, INC. | ) ) | JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| *Defendant.* | ) | |

## '''''''''''''APPROVAL ORDER

Before the Court is the parties' Joint Motion to Approve Settlement Agreement (Court File No.132). For good cause shown, the parties' motion is **GRANTED**. The Court **ORDERS** as follows:

1. The Court approves the proposed settlement as set forth in the Settlement Agreement (the "Agreement") (Court File No. 132, exh. A), subject to the conditions stated in this Approval Order.

2. The claims of certain opt-in plaintiffs, who the parties agree are ineligible to participate in this collective action, are **DISMISSED WITHOUT PREJUDICE**. A list of these opt-in plaintiffs is attached as <u>Exhibit 3</u> to the Settlement Agreement.

3. The Court, upon agreement of the parties, recognizes there may be additional class members in this action for the purpose of participating in the settlement as outlined in the Agreement. These potential additional class members are 343 individuals identified by Plaintiffs

for whom new contact information has been obtained (the "Additional Class"). These individuals are identified in Exhibit 2 to the Settlement Agreement.

4. The Collective Action Notice and Notice of Consent form, attached to the Agreement as Exhibit 4 (the "Notice" and "Notice of Consent" form), are authorized for distribution to the Additional Class. The notice shall be sent in both English and Spanish versions.

5. Plaintiffs' counsel, or a qualified third party at Plaintiffs' counsel's direction, will distribute the Notice to the Additional Class via U.S. Mail. Each Notice will be accompanied by the Notice of Consent form and a return envelope, postage prepaid, addressed to Plaintiffs' counsel.

6. Any Additional Class member who wishes to opt into this suit and take part in the described settlement must file with the Court a Notice of Consent form by no later than forty-five days from the date that notice is issued by Plaintiffs' counsel.

7. No later than fourteen days after the re-notice period has closed, the parties shall file a joint motion for the Court to enter a Final Order disposing of this litigation.

It is so **ORDERED**.

ENTERED this 34ÿ 'f c{ 'qh'Lwpg.'42360'

_Kevin H. Sharp_
Kevin H. Sharp
U.S. District Court Judge

2

**APPROVED FOR ENTRY:**

s/David W. Garrison
DAVID W. GARRISON
JERRY E. MARTIN
SCOTT P. TIFT
SETH M. HYATT
**BARRETT JOHNSTON, LLC**
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

*Counsel for Plaintiffs*

s/ Douglas R. Pierce w/permission
Douglas R. Pierce
Richard C. Lowe
Howard M. Kastrinsky
**KING & BALLOW**
315 Union Street
Nashville, TN 37201
dpierce@kingballow.com

*Counsel for Standard Candy Company, Inc.*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing [*Proposed*] Approval Order has been served on the following via the Court's CM/ECF system:

Douglas R. Pierce
Richard C. Lowe
Howard M. Kastrinsky
King & Ballow
315 Union Street
Nashville, TN 37201
dpierce@kingballow.com

on this 30th day of May, 2014

                                          /s/ David W. Garrison
                                          DAVID W. GARRISON
                                          BARRETT JOHNSTON, LLC