UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALEXANDER SANTIAGO, et al., | ) | |
| | ) | |
| v. | ) | No. 3:13-426 |
| | ) | Judge Sharp |
| STANDARD CANDY COMPANY, INC. | ) | |
| | ) | |

**O R D E R**

In light of this Court's Order (Docket No. 134) approving the proposed settlement, the Clerk shall terminate the pending motions (Docket Nos. 60, 71, 93, 100, 112) as moot.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE